IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NED BRYANT GARDNER,<br><br>       Plaintiff,<br><br>vs.<br><br>CORE CIVIC, INC.,<br><br>       Defendant. | CV 24-52-GF-BMM-JTJ<br><br><br><br>ORDER |

Upon the Plaintiff's Motion to Dismiss, (Doc. 44), the parties having come to a resolution and a formal release having been signed and notarized by which both parties agree to resolve the matter without further involvement of the Court,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and fees.

IT IS FURTHER ORDERED that any pending motions are DENIED as moot.

The Clerk of Court is directed to notify the parties of the making of this Order and close the matter.

DATED this 16th day of September, 2025.

*/s/ Brian Morris*
Brian Morris, Chief Judge
United States District Court

1